I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3.19.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAYA,<br><br>                Petitioner,<br><br>   vs.<br><br>GARY SANDOR, Warden,<br><br>                Respondent. | ) Case No. EDCV 10-1040-AG (JPR)<br>)<br>) ORDER ACCEPTING FINDINGS<br>) AND RECOMMENDATIONS<br>)<br>) OF U.S. MAGISTRATE JUDGE<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) Respondent's Motion to Dismiss is GRANTED and (2) Judgment be entered dismissing this action with prejudice.

DATED: March 18, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE